IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BRITTNEY LUTE, et al.** | Case No. 1:20-cv-611 |
| **Plaintiffs** | Judge Timothy S. Black |
| vs. | Magistrate Judge Karen L. Litkovitz |
| **VIVERO RESTAURANTS, INC., et al.** | |
| **Defendants** | |

## JOINT MOTION FOR APPROVAL AND ADOPTION OF SETTLEMENT AGREEMENT

Come now Plaintiffs Brittney Lute and Chailsea Acosta, and Defendants Vivero Restaurants, Inc. and Victor Romo, and respectfully move this Court for an order approving and adopting the parties' settlement agreement, the terms of which were entered into the Court record, under seal, at the conclusion of the October 20, 2021 settlement conference before Magistrate Judge Litkovitz.

As grounds for this motion, this matter involves claims arising under the Fair Labor Standards Act (29 U.S.C. §§ 201–216) ("FLSA"). Accordingly, since the proposed settlement agreement involves a compromise of Plaintiff's FLSA claims, federal courts have held a settlement must be reviewed by a district court for reasonableness of the proposed settlement. See *Lynn's Food Stores, Inc. v. U.S. Dept. of Labor*, 679 F.2d 1350 (11th Cir. 1982); *Schneider v. Goodyear Tire and Rubber Co.*, Case No. 5:13-cv2741 (N.D. Ohio June 9, 2014). The parties' settlement agreement resolves all claims in this case against Defendants for alleged unpaid minimum wages, wrongfully withheld tips, and other damages recoverable under the FLSA and Ohio Law. The parties respectfully submit that the settlement agreement is a full and reasonable

compromise of a bona fide dispute and that the terms of settlement agreement are fair and reasonable.

Accordingly, the parties respectfully request the court to enter the proposed order, attached as Exhibit A, which approves the parties' settlement and dismisses all claims with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew Miller-Novak* | */s/ Alexander J. Durst*_____ |
| *(by Alexander J. Durst,* | Alexander J. Durst            0089819 |
| *per email authorization)*_____ | Attorney for Defendants |
| Matthew Miller-Novak         0091402 | The Durst Law Firm |
| Attorney for Plaintiffs | 810 Sycamore St., 2nd Floor |
| Barron Peck Bennie & Schlemmer Co. LPA | Cincinnati, OH 45202 |
| 3074 Madison Road | Tel: (513) 621-4999 |
| Cincinnati, OH 45209 | Fax: (513) 621-0200 |
| Tel. (513) 721-1350 | Email: alex@durstlawfirm.com |
| Fax (513) 721-5029 | |
| Email: mmn@bpbslaw.com | |