IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BRITTNEY LUTE, et al.** | Case No. 1:20-cv-611 |
| **Plaintiffs** | |
| | Magistrate Judge Karen L. Litkovitz |
| **vs.** | |
| **VIVERO RESTAURANTS, INC., et al.** | |
| **Defendants** | |

### ORDER APPROVING AND ADOPTING SETTLEMENT AGREEMENT

This matter comes before the Court on the parties' Joint Motion For Approval And Adoption Of Settlement Agreement ("Settlement Agreement"). This matter involves claims arising under the Fair Labor Standards Act (29 U.S.C. §201, et. seq.). Accordingly, since the proposed Settlement Agreement involves a compromise of Plaintiff's FLSA claims, it is incumbent upon the Court to review the reasonableness of the proposed settlement. See *Lynn's Food Stores, Inc. v. U.S. Dept. of Labor*, 679 F.2d 1350 (11th Cir. 1982); *Schneider v. Goodyear Tire and Rubber Co.*, Case No. 5:13-CV-2741 (N.D. Ohio June 9, 2014).

The Court hereby finds that the proposed settlement is a reasonable compromise of a bona fide dispute and that the terms and conditions of the settlement agreement, which were entered into the record October 19, 2021, are fair and reasonable.

IT IS THEREFORE ORDERED that the Joint Motion For Approval And Adoption Of Settlement Agreement is GRANTED. The Settlement Agreement is hereby approved and shall remain under seal, and this case is hereby dismissed with prejudice. The Court shall retain jurisdiction to enforce the Settlement Agreement or to resolve any disputes regarding the

Settlement Agreement.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE